IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM SCHUELKE, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CA No.  4:13-cv-01470 |
| | § | |
| XTREME DRILLING AND COIL SERVICES, INC., | § | |
| | § | |
| DEFENDANT | § | |
| | § | |

## JOINT STATUS REPORT

In accordance with the Court's August 12, 2013 Management Order, Plaintiff William Schuelke ("Schuelke") and Defendant Xtreme Drilling and Coil Services, Inc. ("Xtreme") (collectively, "the Parties") file this Joint Status Report.

On June 25, 2013, Schuelke sent Xtreme an initial demand.  On July 30, 2013, Xtreme sent Schuelke a counteroffer.

In accordance with the Court's August 12, 2013 Management Order, on August 19, 2013, Xtreme provided Schuelke with a spreadsheet of overtime pay based on eight, ten, and twelve-hour work days.

On August 21 and 23, 2013, the Parties conducted telephone conferences to discuss the potential of settlement.  At this time, the matter remains unsettled.

Dated: August 26, 2013         Respectfully submitted,

/s/ J. Richard Hammett
J. Richard Hammett
Southern District No. 21423
Texas Bar No. 24001054
Baker & McKenzie LLP
700 Louisiana, Suite 3000
Houston, Texas 77002-2755
Telephone:  (713) 427-5000
Facsimile:  (713) 427-5099
jrhammett@bakermckenzie.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT EXTREME DRILLING AND
COIL SERVICES, INC.

OF COUNSEL:

**BAKER & McKENZIE LLP**

Emily P. Harbison
Southern District No. 902584
State Bar No. 24059892
700 Louisiana, Suite 3000
Houston, Texas 77002-2755
Telephone No. (713) 427-5000
Facsimile No. (713) 427-5099
emily.harbison@bakermckenzie.com

/s/ Chris Miltenberger
Chris Miltenberger, Esq.
Law Office of Chris R. Miltenberger, PLLC
Texas Bar No. 14171200
1340 N. White Chapel Blvd., Suite 100
Southlake, Texas 76092
P: 817-296-0422
Fax: 817-416-5062
chris@crmlawpractice.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF
WILLIAM SCHUELKE

2

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2013, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Chris R. Miltenberger, Esq.
    The Law Office of Chris R. Miltenberger, PLLC
    430 N. Carroll, Suite 120
    Southlake, Texas 76092

    /s/ J. Richard Hammett
    J. Richard Hammett