| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| William Schuelke, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-1470 |
| Xtreme Drilling and Coil Services, Inc., | § § § | |
| Defendant. | § | |

## Management Order

1. By November 15, 2013, Xtreme Drilling and Coil Services, Inc., may move for dismissal.

2. By December 4, 2013, William Schuelke may respond.

3. The parties must disclose all papers relevant to Schuelke's classification.

Signed on October 23, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge